IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY G. BRASUELL
ADC #510711                                                                PETITIONER

v.                              No. 5:16-cv-117-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Brasuell's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

19 October 2016