IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY G. BRASUELL
ADC #510711                                                                PETITIONER

v.                              No. 5:16-cv-117-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

Brasuell's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 October 2016